IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA SCHURGOT | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEPTA, | : | No. 17-939 |
| Defendant. | : | |

**ORDER**

**TIMOTHY R. RICE**                                                                                      **July 31, 2017**
**U.S. MAGISTRATE JUDGE**

      AND NOW, on **July 31, 2017**, upon consideration of Defendant SEPTA's Motion to Dismiss (doc. 6), Plaintiff Pamela Schurgot's Response (doc. 7), and SEPTA's Reply (doc. 9), it is ORDERED that SEPTA's motion is GRANTED in part.

1. SEPTA's motion to strike/dismiss Schurgot's complaint, to the extent it: (1) raises gender discrimination claims that were not asserted at the administrative level; (2) seeks front pay on her unequal pay claims; and (3) requests punitive damages or uses the terms "malicious," "reckless," and "willful" is GRANTED as uncontested;

2. SEPTA's motion to dismiss Schurgot's failure-to-promote claims is GRANTED without prejudice. Schurgot may file an amended complaint within 14 days;

3. SEPTA's motion to limit the amount of back pay Schurgot may seek on her unequal pay claims is DENIED.

                                                                                   BY THE COURT:

                                                                                   */s/Timothy R. Rice*
                                                                                   TIMOTHY R. RICE
                                                                                   U.S. MAGISTRATE JUDGE